SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
JORDAN M. MEEKS (State Bar No. 311937)
jmm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MARSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>COSTCO WHOLESALE CORPORATION,<br>Does 1 to 20, inclusive,<br><br>        Defendants. | Case No. 4:19-cv-04737-HSG<br><br>**STIPULATION TO EXTEND DEADLINE FOR FACT DISCOVERY AND DISCLOSURE OF EXPERT WITNESS INFORMATION; ORDER**<br><br>**[San Mateo County Superior Court, Case No. 19CIV01473]** |

**RECITALS**

The parties to this action, by and through their respective attorneys of record, respectfully submit the following Stipulation to Extend the Deadline for Fact Discovery, the Disclosure of Expert Witness Information, and Expert Discovery and Depositions:

WHEREAS, Plaintiff initiated this lawsuit on March 14, 2019;

WHEREAS, on August 13, 2019 Costco Wholesale Corporation ("Costco") removed this matter to the Northern District of California;

WHEREAS, on August 28, 2019 this matter was assigned to the Honorable Haywood S. Gilliam, Jr. in the Oakland Division for all proceedings;

WHEREAS, on October 29, 2019, the parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f);

WHEREAS, on November 11, 2019 this Court issued a Scheduling Order, which provided

the following deadlines:

1. Close of Fact Discovery: April 17, 2020;
2. Expert Disclosures: May 2, 2020;
3. Close of Expert Reports: June 1, 2020;
4. Dispositive Motion Hearing: July 16, 2020;
5. Pre-Trial Conference: October 13, 2020;
6. Jury Trial: October 26, 2020.

WHEREAS, on November 11, 2019, Costco served Plaintiff with Requests for Admissions, Special Interrogatories, and Requests for Production of Documents;

WHEREAS, due to various trials and other scheduling conflicts, Plaintiff's counsel requested an extension of time to respond to the written discovery on December 16, 2019, December 20, 2019, and January 7, 2020;

WHEREAS, Costco received Plaintiff's verified responses on January 21, 2020, and promptly issued subpoenas to the medical providers Plaintiff identified in his responses to Costco's written discovery;

WHEREAS, Costco still has not received medical records, bills and other documents in response to the subpoenas that is issued;

WHEREAS, based on the surveillance footage of this accident, counsel for Costco suspects that Plaintiff had a pre-existing medical condition which may have caused Plaintiff's accident, and therefore needs to acquire those prior records, and potentially depose Plaintiff's prior treating physicians;

WHEREAS, Costco has noticed Plaintiff's deposition for April 7, 2020;

WHEREAS, on February 27, 2020 the Court selected Mediator Claudia Leed as the Mediator assigned to this case

WHEREAS, due to various scheduling conflicts with Costco's counsel, Plaintiff's counsel and Mediator Claudia Leed, the parties were forced to schedule the mediation in this matter to either June 3, or June 10, which is still being determined;

WHEREAS, the parties wish to participate in mediation in good faith, and to devote their

1  efforts at resolving this matter at mediation, and, to that end, wish to perform their Expert

2  Disclosures after that date so as to preserve those resources for potential resolution;

3  WHEREAS, based on Costco's inability to acquire Plaintiff's prior medical records and

4  bills, Costco's inability to identify prior treating physicians (and, therefore, depose those

5  physicians), and the parties' inability, through no fault of their own, to schedule Mediation via the

6  Court's Mediation Program until June of 2020, the parties require additional time for conducting

7  fact discovery, and additional time to evaluate which experts they will need to retain pursuant to

8  F.R.C.P. 26(a)(2)(B), and/or which treating physicians they will present testimony from pursuant

9  to F.R.C.P. 26(a)(2)(A);

10  WHEREAS, to allow sufficient time to conduct the necessary fact discovery, acquire the

11  necessary medical and billing records, and conduct the necessary depositions, the parties have

12  agreed to stipulate to extend the fact discovery deadline from April 17, 2020 to June 17, 2020;

13  WHEREAS, to allow sufficient time to conduct the necessary fact discovery, acquire the

14  necessary medical and billing records, participate in mediation, and conduct the necessary

15  depositions, the parties have agreed to stipulate to extend the Expert Disclosure deadline from

16  May 2, 2020 to July 2, 2020;

17  WHEREAS, to allow sufficient time to conduct the necessary fact discovery, acquire the

18  necessary medical and billing records, participate in mediation, and conduct the necessary

19  depositions, the parties have agreed to stipulate to extend the Expert Discovery & Depositions

20  deadline from June 1, 2020 to August 1, 2020;

21  WHEREAS, the parties do not wish to modify any other deadlines in this matter, and

22  intend to maintain the currently scheduled dispositive motion hearing deadline of July 16, 2020.

23  WHEREAS, the parties will not be prejudiced by an extension of time to conduct fact

24  discovery, make their expert disclosures and conduct expert depositions.  This is the first such

25  continuance requested by the parties.

26  **STIPULATION**

27  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto

28  through their respective counsel of record that the current deadline of April 17, 2020 for fact

discovery is extended to June 17, 2020, the current deadline of May 2, 2020 for disclosure of expert witness information, including testimony and reports, is extended to July 2, 2020, and the current deadline of June 1, 2020 for expert discovery and depositions, is extended to August 1, 2020.

**IT IS SO STIPULATED.**

DATED: March 12, 2020　　　　　JENNY & JENNY, LLP

By: */s/ Scott E. Jenny and /s/ Richard K. Jenny*
　　　SCOTT AND RICHARD JENNY

Attorney for Plaintiff ERNEST MARSON

DATED: March 12, 2020　　　　　SEVERSON & WERSON
A Professional Corporation

By: */s/ Jordan M. Meeks*
　　　Sharon C. Collier
　　　Jordan M. Meeks

Attorneys for Defendant COSTCO WHOLESALE CORPORATION

**ORDER**

IT IS SO ORDERED.

DATE: 3/13/2020

HON. JUDGE HAYWOOD S. GILLIAM, JR.